IN RE JORDAN G.*
(AC 21082)

Lavery, C. J., and Dranginis and Hennessy, Js.

Argued April 30—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT v. DONNA M. LEWIS
(AC 20387)

Foti, Spear and Freedman, Js.

—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

JOSEPH GAYMON v. COMMISSIONER OF
CORRECTION
(AC 21044)

Schaller, Dranginis and O'Connell, Js.

Submitted on briefs April 26—officially released May 22, 2001

Per Curiam. The appeal is dismissed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.